Action by Horace C. Brewster against Chauncey C. Starkweather and others.

No opinion. Defendants' motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

---

## BROWN, Respondent, v. CHAUTAUQUA COUNTY NAT. BANK et al., Appellants.

(Supreme Court, General Term, Fifth Department. January 18, 1894.)

Action by A. F. Allen Brown, as permanent trustee under the will of N. A. Lowry, deceased, against the Chautauqua County National Bank and George S. Gifford.

No opinion. Order appealed from affirmed, with $10 costs and disbursements.